78 A.3d 611

**Guy GREEN, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Warden Lawton, Warden, House of Corrections Philadelphia Prison System, Philadelphia Pennsylvania, Defender Association of Philadelphia, Honorable Judge Thomas Dempsey, Respondents.**

**No. 116 EM 2013.**

Supreme Court of Pennsylvania.

Oct. 16, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of October, 2013, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Habeas Corpus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.